# *IN THE DISTRICT COURT OF THE UNITED STATES*

## *for the Western District of New York*

---

**NOVEMBER 2014 GRAND JURY**
**(Impaneled 11/07/2014)**

**THE UNITED STATES OF AMERICA**

*-vs-*

**RICHARD PETIX**

**INDICTMENT**

**Violation:**
Title 18, United States Code,
Section 1001(a)(2)

**COUNT 1**

**(Material False Statement)**

**The Grand Jury Charges That:**

On or about December 3, 2015, in the Western District of New York, the defendant, **RICHARD PETIX**, in a matter within the jurisdiction of the judicial branch of the Government of the United States, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation, that is, the defendant did deny to officers of the United States Probation Office for the Western District of New York that he owned and had access to a smartphone, that is, a Samsung Galaxy S5, model SM-S902L, cellular telephone, bearing IMEI number 990005823326880, and a laptop computer, that is, an ASUS, model G752V, laptop computer, bearing serial number FAN0CY92217844A, whereas in truth and in fact, and as the defendant then and there well knew, he did own and have access to such smartphone and laptop computer.

**All in violation of Title 18, United States Code, Section 1001(a)(2).**

DATED: Buffalo, New York, December 9, 2015.

WILLIAM J. HOCHUL, JR.
United States Attorney

BY: s/WEI XIANG
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716/843-5806
Wei.Xiang@usdoj.gov

A TRUE BILL:

s/FOREPERSON