AO 442 (Rev. 11/11) Arrest Warrant

# United States District Court
for the
Western District of New York

UNITED STATES DISTRICT COURT
FILED
JAN 12 2016
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

**United States of America**

v.

**Richard Petix**

*Defendant*

Case No. 15-M- 2140

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **Richard Petix**, who is accused of an offense or violation based on the following document filed with the Court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Material False Statement, in violation of Title 18, United States Code, Section 1001(a)(2).

Date: 12/4/15 2:50 pm

*Issuing officer's signature*

City and State: Buffalo, New York

HONORABLE HUGH B. SCOTT
UNITED STATES MAGISTRATE JUDGE
*Printed name and Title*

**Return**

This warrant was received on *(date)* 12/04/15, and the person was arrested on *(date)* 12/04/15, at *(city and state)* Buffalo, NY.

Date: 12/04/15

*Arresting officer's signature*

SA Brad Brechler
*Printed name and title*