IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

**UNITED STATES OF AMERICA,**
Plaintiff,

v.

**RICHARD PETIX,**
Defendant.

---

**NOTICE OF MOTION**

Case No.: 15-CR-00227

**NOTICE OF THE DEFENDANT'S MOTION FOR REVOCATION OF THE MAGISTRATE PAYSON'S ORDER DETAINING THE DEFENDANT WITHOUT BAIL PENDING TRIAL**

**PLEASE TAKE NOTICE**, that upon the annexed Affidavit of **STEPHEN M. LEONARDO**, Esq., Attorney for the Defendant herein, the undersigned moves the Court to revoke the Magistrate Payson's Order detaining the Defendant without bail pending trial, and for an Order releasing the Defendant, together with such other relief as may be deemed just and proper.

DATED: February 10, 2016
Rochester, New York

**STEPHEN M. LEONARDO, ESQ.**
Attorney for the Defendant
30 West Broad Street, Suite 500
Rochester, New York 14612
Telephone: (585) 546-6680
Email: sml@frontiernet.net