Close

Print

# Activity in Case 1:15-cr-00227-RJA-HBS USA v. Petix Detention Hearing

From: **webmaster@nywd.uscourts.gov**
Sent: Mon 12/21/15 3:45 PM
To: Courtmail@nywd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. DISTRICT COURT**

**U.S. District Court, Western District of New York**

## Notice of Electronic Filing

The following transaction was entered on 12/21/2015 at 3:44 PM EST and filed on 12/21/2015
**Case Name:** USA v. Petix
**Case Number:** 1:15-cr-00227-RJA-HBS
**Filer:**
**Document Number:** 10(No document attached)

**Docket Text:**
**Minute Entry for proceedings held before Hon. Hugh B. Scott: Detention Hearing as to Richard Petix held on 12/21/2015.**

**Further proffer from the parties. Court decides to defer to Judge Siragusa's detention decision in pending VOSR matter in Case No. 6:06-cr-06007; deft detained on that basis only as of now.**

**Court sets pretrial schedule. Discovery completed by 1/20/2016. Motions due by 2/24/2016. Responses due by 3/10/2016. Oral Argument set for 3/15/2016 10:00 AM. Time excluded 12/21/2015 through 2/24/2016 in the interest of justice for discovery review and motion preparation. Govt to submit order.**

**APPEAR: W. Xiang (AUSA); M. Flowering for S. Leonardo for deft; deft present; C.**

Middlebrooks (USPO). (Court Reporter FTR Gold.)(GAI)

**1:15-cr-00227-RJA-HBS-1 Notice has been electronically mailed to:**

Stephen M. Leonardo sml@frontiernet.net, kannebrongo@hotmail.com

Wei Xiang Wei.Xiang@usdoj.gov, Katherine.Rebisz@usdoj.gov

**1:15-cr-00227-RJA-HBS-1 Notice has been delivered by other means to:**