UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

CASE NO. 15-CR-227-A

-vs-

NOTICE OF MOTION

RICHARD PETIX,

*Defendant.*

| | |
|---|---|
| MOTION MADE BY: | Defendant Richard Petix |
| DATE, TIME & PLACE OF HEARING: | On submission, before Hon. Hugh B. Scott, United States Magistrate Judge, United States Courthouse, 2 Niagara Square, Buffalo, NY 14202 |
| SUPPORTING PAPERS: | Declaration of Matthew R. Lembke |
| RELIEF REQUESTED: | Extension of time to file supplemental brief |
| GROUNDS FOR RELIEF: | See attached Attorney Declaration |

Dated:   October 28, 2016

S/MATTHEW R. LEMBKE
Matthew R. Lembke

**Cerulli, Massare & Lembke**
*Attorneys for Defendant*
45 Exchange Blvd., Suite 925
Rochester, NY 14614
Telephone: [585] 454-3323
E-Mail: matt.lembke@cmllawfirm.com

Stephen M. Leonardo, Esq.
30 West Broad St. Suite 500
Rochester NY 14614
Telephone:  585-546-6680
sml@frontiernet.net

TO:	Wei Xiang, Esq. AUSA
	Assistant United States Attorney
	United States Attorney's Office
	Western District of New York
	138 Delaware Avenue
	Buffalo, NY 14202
	716/843-5806
	Wei.Xiang@usdoj.gov