**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                                            CASE NO. 15-CR-227-A

          -vs-

Richard Petix,

             *Defendant.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 28, 2016, I electronically filed the foregoing Notice of Motion and Attorney Affirmation with the Clerk of the District Court using the CM/ECF system which would then electronically notify the government, AUSA Xei Xiang, Esq., and all other counsel on this case.

                                     /S/ MATTHEW R. LEMBKE
                                     Matthew R. Lembke

                                     **Cerulli, Massare & Lembke**
                                     *Attorneys for Defendant*
                                     45 Exchange Blvd., Suite 925
                                     Rochester NY 14614
                                     Telephone:  [585] 454-3323
                                     Email:  matt.lembke@cmllawfirm.com