United States of America v. Richard Petix

15-CR-227-CJS-HBS

# Exhibit 1

(Redacted Sample AlphaBay Market Listing)




# AlphaBay Market

HOME | SALES | MESSAGES | LISTINGS | BALANCE | ORDERS | FEEDBACK | FORUMS | SUPPORT

Current Balance: BTC
Autoshop Logout

USD 416.49 | CAD 557.55 | EUR 379.64 | AUD 556.24 | GBP 292.83

Drugs & Chemicals > Benzos > Pil...

**LISTING OPTIONS**
- Contact Seller
- Favorite Listing
- Favorite Seller
- Alert when restock
- Report Listing

**BROWSE CATEGORIES**
- Fraud — 15736
- Drugs & Chemicals — 74105
- Guides & Tutorials — 6450
- Counterfeit Items — 2790
- Digital Products — 6693
- Jewels & Gold — 730
- Weapons — 1072
- Carded Items — 1567

## Product Description

Description | Bids | Feedback | Refund Policy

Free Tracked Shipping - 8 days - USD +0.00 / order

**Purchase price:** USD 999.97
2.4009 BTC

Qty: 1

[Buy Now] [Queue]