**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

**CASE NO. 15-CR-227-A**

*-vs-*

**NOTICE OF MOTION**

RICHARD PETIX,

*Defendant.*

MOTION MADE BY:                    Defendant Richard Petix

DATE, TIME & PLACE OF             On submission, before Hon. Charles J.
HEARING:                          Siragusa, United States District Judge,
                                  United States Courthouse, 100 State St.,
                                  Rochester, NY 14614

SUPPORTING PAPERS:                Affirmation of Matthew R. Lembke

RELIEF REQUESTED:                 For leave to file response to
                                  government's objections to Magistrate's
                                  Report and Recommendation

GROUNDS FOR RELIEF:               See attached attorney affirmation

Dated:   December 28, 2016


                                  S/MATTHEW R. LEMBKE
                                  Matthew R. Lembke

                                  **Cerulli, Massare & Lembke**
                                  *Attorneys for Defendant*
                                  45 Exchange Blvd., Suite 925
                                  Rochester, NY 14614
                                  Telephone: [585] 454-3323
                                  E-Mail: matt.lembke@cmllawfirm.com

                                  Stephen M. Leonardo, Esq.
                                  30 West Broad St. Suite 500
                                  Rochester NY 14614
                                  Telephone:  585-546-6680
                                  sml@frontiernet.net

TO:    Wei Xiang, Esq. AUSA
       Assistant United States Attorney
       United States Attorney's Office
       Western District of New York
       138 Delaware Avenue
       Buffalo, NY 14202
       716/843-5806
       Wei.Xiang@usdoj.gov