**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

CASE NO. 15-CR-227-A

-vs-

RICHARD PETIX,
        *Defendant.*

CERTIFICATE OF SERVICE

    I hereby certify that on December 28, 2016, I electronically filed the foregoing Notice of Motion and Attorney Affirmation with the Clerk of the District Court using the CM/ECF system, which would then electronically notify the government, Xei Xiang, Esq., AUSA, and all other counsel on this case.

                              /S/ MATTHEW R. LEMBKE
                              Matthew R. Lembke

                              **Cerulli, Massare & Lembke**
                              *Attorneys for Defendant*
                              45 Exchange Blvd., Suite 925
                              Rochester NY 14614
                              Telephone: [585] 454-3323
                              Email: matt.lembke@cmllawfirm.com