**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

**CASE NO. 15-CR-227-A**

*-vs-*

**NOTICE OF MOTION**

RICHARD PETIX,

*Defendant.*

| | |
|---|---|
| MOTION MADE BY: | Defendant Richard Petix |
| DATE, TIME & PLACE OF HEARING: | On submission, before Hon. Charles J. Siragusa, United States District Judge, United States Courthouse, 100 State Street, Rochester, NY 14614 |
| SUPPORTING PAPERS: | Declaration of Matthew R. Lembke |
| RELIEF REQUESTED: | Extension of time to file response to government's objections to Magistrate's Report and Recommendation |
| GROUNDS FOR RELIEF: | See attached Attorney Declaration |

Dated: January 12, 2017

S/MATTHEW R. LEMBKE
Matthew R. Lembke
**Cerulli, Massare & Lembke**
*Attorneys for Defendant*
45 Exchange Blvd., Suite 925
Rochester, NY 14614
Telephone: [585] 454-3323
E-Mail: matt.lembke@cmllawfirm.com

Stephen M. Leonardo, Esq.
30 West Broad St. Suite 500
Rochester NY 14614
Telephone: 585-546-6680
sml@frontiernet.net

TO: Wei Xiang, Esq. AUSA
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, NY 14202
716/843-5806
Wei.Xiang@usdoj.gov