**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

**CASE NO. 15-CR-227-A**

-vs-

Richard Petix,

*Defendant.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2017, I electronically filed the foregoing Motion for Extension to File with the Clerk of the District Court using the CM/ECF system which would then electronically notify the government, AUSA Xei Xiang, Esq., and all other counsel on this case.

/S/ MATTHEW R. LEMBKE
Matthew R. Lembke

**Cerulli, Massare & Lembke**
*Attorneys for Defendant*
45 Exchange Blvd., Suite 925
Rochester NY 14614
Telephone: [585] 454-3323
Email: matt.lembke@cmllawfirm.com