**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

**CASE NO. 15-CR-227-CJS-HBS**

-vs-

Richard Petix,

    *Defendant.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 6, 2017, I electronically filed the foregoing Reply to Objections to Magistrate's Report and Recommendations with the Clerk of the District Court using the CM/ECF system which would then electronically notify the government, AUSA Xei Xiang, Esq., and all other counsel on this case.

           /S/ MATTHEW R. LEMBKE
           Matthew R. Lembke

           **Cerulli, Massare & Lembke**
           *Attorneys for Defendant*
           45 Exchange Blvd., Suite 925
           Rochester NY 14614
           Telephone: [585] 454-3323
           Email: matt.lembke@cmllawfirm.com