IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v. 15-CR-227-CJS

RICHARD PETIX,

Defendant.

---

**GOVERNMENT'S EXHIBIT LIST**

THE UNITED STATES OF AMERICA, by and through its attorney, James P. Kennedy, Jr., Acting United States Attorney for the Western District of New York, Wei Xiang, Assistant United States Attorney, of counsel, hereby files its list of anticipated exhibits and requests leave to amend prior to and during trial.

DATED: Buffalo, New York, April 17, 2017.

JAMES P. KENNEDY, JR.
Acting United States Attorney

By: s/WEI XIANG
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716/843-5806
Wei.Xiang@usdoj.gov

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

EXHIBIT LIST

**United States v. Richard Petix**

Case No.: 15-CR-227-CJS _X_ Government
Date: May 1, 2017 __ Defendant

| Exhibit Number | Description | Marked for Identification | Date In Evidence |
|---|---|---|---|
| 1 | Judgment in United States v. Petix, 6:06-cr-06007-CJS, Document 64, filed 01/27/09 | | |
| 2 | Computer/Internet Data Form submitted by Petix to USPO Ivette Hernandez, dated 10/20/15 | | |
| 3A | Disc with audio/video recording of undercover meeting with Petix on December 3, 2015 | | |
| 3B | SMS exchanges between undercover agent and Petix (from undercover agent) | | |
| 4 | Blockchain record of transfer of 37 bitcoins by Petix on or about December 3, 2015 | | |
| 5 | ASUS, model G752V, laptop computer, bearing serial number FAN0CY92217844A | | |
| 5A | Disc with photographs taken by SA Glor of laptop | | |
| 6 | Samsung Galaxy S5, model SM-S902L, cellular telephone, bearing IMEI number 990005823326880 | | |
| 6A | Disc with full data extraction report by SA Glor | | |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

**EXHIBIT LIST**

**United States v. Richard Petix**

Case No.: 15-CR-227-CJS     X Government
Date: May 1, 2017     __ Defendant

| Exhibit Number | Description | Marked for Identification | Date In Evidence |
|---|---|---|---|
| 6B | Excerpted call log showing incoming call by SA Brechler | | |
| 6C | Excerpted SMS exchanges with undercover agent | | |
| 6D | Excerpted SMS exchanges with LocalBitcoins | | |
| 6E | Excerpted SMS exchanges with sazeez1 | | |
| 6F | Excerpted SMS exchanges with Southbay Bits | | |
| 6G | Excerpted user account log showing 5854346338 and rpetix7@gmail.com | | |
| 7 | Disc with full search warrant return for rpetix7@gmail.com and rich13598@gmail.com | | |
| 7A | Email of Best Buy receipt for laptop computer | | |
| 8 | Certified Verizon toll records for 585-434-6338 | | |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

**EXHIBIT LIST**

**United States v. Richard Petix**

Case No.: 15-CR-227-CJS    _X Government
Date: May 1, 2017    __ Defendant

| Exhibit Number | Description | Marked for Identification | Date In Evidence |
|---|---|---|---|
| 9 | LocalBitcoins advertisement for rich13598 listing contact number as 585-434-6338 | | |
| 10A | Certified Bank of America records of statements for four accounts under Petix and Benight | | |
| 10B | Certified Bank of America records of deposit slips and ledgers for four accounts under Petix and Benight | | |
| 10C | Summary chart for Bank of America records, prepared by SA Brechler | | |
| 11A | Disc with audio recording of Brooks meeting with Petix on December 3, 2015 | | |
| 11B | SMS exchanges between Brooks and Petix | | |
| 11C | Photo array confirmation of Petix by Brooks | | |
| 11D | Chart of Bitcoin transfers by Petix for Brooks | | |
| 12A | SMS exchanges between Bass and Petix | | |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

**EXHIBIT LIST**

**United States v. Richard Petix**

Case No.: 15-CR-227-CJS _X Government
Date: May 1, 2017 __ Defendant

| Exhibit Number | Description | Marked for Identification | Date In Evidence |
|---|---|---|---|
| 12B | Photo array confirmation of Petix by Bass | | |
| 13A | SMS exchanges between Acheson and Petix | | |
| 13B | Photo array confirmation of Petix by Acheson | | |
| 13C | Chart of Bitcoin transfers by Petix for Acheson | | |
| 14 | FinCEN negative certification for Petix | | |
| 15 | Blank FinCEN Form 107 | | |
| | | | |
| | | | |
| | | | |