_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | SENTENCING GUIDELINE ORDER |
| -vs- | CASE NO. 15-CR-227 |
| RICHARD PETIX, | |
| Defendant. | |

_____

| | |
|---|---|
| ASSISTANT U.S. ATTORNEY | Wei Xiang |
| DEFENSE ATTORNEY | Matthew Lembke and Stephen Leonardo |
| INTERPRETER (YES or NO) | No |
| PLEA DATE | April 26, 2017 |
| SENTENCING DATE | August 14, 2017 at 9:15 a.m. |
| INITIAL PSR DUE | June 30, 2017 <br> (45 DAYS PRIOR TO SENTENCING*) |
| STATEMENT OF PARTIES, AND OBJECTIONS (IF ANY), AND MOTIONS (IF ANY) DUE **(IF THERE ARE NO OBJECTIONS, COUNSEL ARE DIRECTED TO FILE A STATEMENT INDICATING THIS)** | July 21, 2017 <br> (24 DAYS PRIOR TO SENTENCING*) |

| RESPONSES TO OBJECTIONS MOTIONS DUE | |
|---|---|
| | July 31, 2017 |
| | (14 DAYS PRIOR TO SENTENCING*) |
| 5K1.1 APPLICATION, IF ANY, DUE | |
| | August 4, 2017 |
| | (10 DAYS PRIOR TO SENTENCING*) |
| LETTERS OR SIMILAR SUBMISSIONS DUE | |
| | August 4, 2017 |
| | (10 DAYS PRIOR TO SENTENCING*) |
| FINAL PSR DUE | |
| | August 7, 2017 |
| | (7 DAYS PRIOR TO SENTENCING*) |

***This refers to the sentencing date originally set by the Court or if the Court grants an adjournment, the date to which sentencing has been adjourned. That is, whatever the sentencing date, the time requirements apply. ANY SUBMISSIONS NOT IN COMPLIANCE WITH THIS ORDER WILL NOT BE CONSIDERED.***

NOTE:  MOTIONS FOR EXTENSION OF TIME ARE DUE TWO (2) BUSINESS DAYS PRIOR TO ANY DEADLINE

NOTE: IF ANY OF THE ABOVE DATES FALL ON A HOLIDAY OR DAY WHEN THE CLERK'S OFFICE IS CLOSED, THE DUE DATE IS THE NEXT BUSINESS DAY

IT IS SO ORDERED.

Dated:  Rochester, New York
         April 26, 2017

ENTER:

/s/ Charles J. Siragusa
CHARLES J. SIRAGUSA
United States District Judge