IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      v.                                          15-CR-227-CJS

RICHARD PETIX,

            Defendant.

STATE OF NEW YORK  )
COUNTY OF ERIE       ) SS:
CITY OF BUFFALO    )

      **Brad A. Brechler,** being duly sworn, deposes and says:

## INTRODUCTION

      1.      I make this Affidavit in support of the Government's Motion for a Preliminary Order of Forfeiture regarding the electronic equipment seized from the defendant, RICHARD PETIX, and any other property, proceeds and assets involved in his conviction under Count 2, pursuant to Title 18, United States Code, Section 982(a)(1). I state that the items represent property involved in the offense of operating an unlicensed money transmitting business, in violation of Title 18, United States Code, Section 1960, or property traceable to such property.

2. I have been employed as a Special Agent with Homeland Security Investigations ("HSI"), within the United States Department of Homeland Security ("DHS") since October 2009. As a Special Agent, I am a federal law enforcement officer within the meaning of Rule 41(a) of the Federal Rules of Criminal Procedure, that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United Stated Code, Section 1956, et seq. and Title 18, United States Code, Section 1960, et seq. As part of my employment with HSI, I successfully completed the Federal Law Enforcement Training Center's Criminal Investigator Training Program and the Immigration and Customs Enforcement Basic School, both of which included intensive instruction with regard to Customs laws, financial crimes and drug enforcement, including the application for, and execution of, search and arrest warrants, as well as the application for criminal complaints, and other legal process.

3. During my law enforcement career, I have participated in investigations of and received information from other law enforcement officers targeting money launderers and unlicensed money transmitters who use virtual currency, specifically Bitcoin, to assist in the unlawful importation and distribution of contraband in the United States.

4. This affidavit is made in support of the Government's Motion for a Preliminary Order of Forfeiture against the above-referenced defendant, who pled guilty to Counts 1 and 2 of the Superseding Indictment, which charged him with violations of Title 18, United States Code, Section 1001(a)(2) (Material False Statement), and Title 18, United States Code, Section 1960 (Operating Unlicensed Money Transmitting Business), respectively. The

Superseding Indictment also includes a Forfeiture Allegation, which states that as a result of the offense alleged in Count 2, he would be required to forfeit certain property, to wit, electronic equipment and a monetary sum of U.S. currency to the United States, pursuant to Title 18, United States Code, Section 982(a)(1). The items listed in the forfeiture allegation represent property involved in such offenses or traceable thereto, and are therefore subject to forfeiture.

## BACKGROUND

5.      On January 16, 2009, PETIX was sentenced under case number 6:06-CR-06007-001, upon a guilty plea to and conviction for violating Title 18, United States Code, Section 2252A(a)(1) (Knowingly Transporting Child Pornography in Interstate Commerce), by this Court to a term of imprisonment of 60 months and a term of supervised release of 30 years. Among the special conditions of his supervision are that he "must provide the U.S. Probation Office advance notification of any computer(s), automated service(s), or connected device(s) that will be used during the term of supervision" and that "[a]s triggered by impermissible/suspicious activity, [he] shall consent to and cooperate with unannounced examinations of any computer equipment owned or used by [him]."

6.      On October 20, 2015, PETIX completed a Computer / Internet Data Form that he submitted to his probation officer. At the top of the form was the instruction, "As a specific condition of supervision, you are required to provide your probation officer accurate information about your entire computer system and software; all passwords used by you; and your Internet Service Provider(s)." In response to the typewritten question, "Where do you

most often use a computer?", PETIX handwrote, "I dont [sic] use a computer." In response to the typewritten question, "Estimate how many hours a week you are on the Internet?", he handwrote, "N/A." He signed the form, acknowledging that a false statement on the form may result in a charge of false statements under Title 18, United States Code, Section 1001.

7. Contrary to his professed non-usage of a computer and the Internet, PETIX used both to operate his bitcoin money transmitting business. Commonly referred to as a "virtual currency," bitcoin is a software program that implements a ledger. This ledger is known as the bitcoin blockchain. The blockchain records debits and credits in denominations called bitcoins. Transactions on the blockchain are recorded as transfers of bitcoins from one bitcoin address to another bitcoin address. Users of bitcoins (that is, participants in the bitcoin network) generally use digital wallets to manage their addresses and keep track of their bitcoins. These wallets can be hosted by websites that provide bitcoin services, or stored on a user's own devices via software applications.

8. The bitcoin does not have a fixed conversion rate (value) relative to any particular fiat currency. Nor is the value determined by any authority or entity. Rather, it floats on the open market. Bitcoin is not inherently illegal, but due to some anonymizing features, it was (and still is) a widely, sometimes the only, accepted form of payment for illegal goods and services on major online black markets. PETIX's bitcoin exchange business, which he operated without registering with the United States Department of the Treasury Financial Crimes Enforcement Network, is the basis for his conviction under Count 2.

## FACTUAL BASIS FOR FORFEITURE OF ELECTRONIC EQUIPMENT INVOLVED IN 1960 OFFENSE

9. Via text-messaging with PETIX, an HSI undercover agent ("UCA") arranged a meeting to conduct a bitcoin transaction. The UCA posed as a bitcoin customer. On December 3, 2015, the UCA and a cooperating defendant ("CD-1") met PETIX at a coffee shop in Buffalo, New York for PETIX to transfer $13,000 in bitcoins for the UCA. During the meet, PETIX took out both a laptop computer and a cellular telephone. After using the laptop computer and the cellular telephone to initiate the transfer of 37 bitcoins to an address for the UCA, PETIX was detained by U.S. Probation Officers and HSI agents.

10. Those devices have been identified as an ASUS laptop computer, model G752V, bearing serial no. FAN0CY92217844A; and a Samsung Galaxy S5, model SM-S902L cellular telephone bearing IMEI number 990005823326880, that is a smartphone capable of connecting to the Internet. Officers also found six (6) assorted computer thumb drives. One of these thumb drives, black in color, was connected to the laptop computer. This thumb drive contained the TAILS operating system that was running the computer[1].

---

[1] TAILS is an operating system that aims to preserve its user's privacy and anonymity. Among its security-focused features are that it is designed to be booted as a live DVD or live USB and will leave no digital footprint on the computer unless explicitly told to do so. Thus, a digital forensic analysis of the computer will reveal little information about its user's activity and files. Internet connections from TAILS are also automatically made through TOR ("the Onion Router"), which is a network that seeks to anonymize traffic by, among other means, masking users' IP addresses and physical locations.

PETIX was aware of at least some, if not all, of these features of TAILS. In a text message on August 26, 2014, to CD-1, PETIX wrote of circumventing New York State's BitLicense regulatory scheme: "it wouldn't be hard to setup a bitcoin wallet in tails so it automatically connects to tor and never goes through nys ; )".

The other five thumb drives were in PETIX's bag. PETIX had never provided the Probation Office any notice that he would own or use any of these devices during his term of supervision. The officers and agents took custody of the devices. See attached Exhibit 1.

11. On the open screen of PETIX's laptop computer, in plain view, officers and agents saw an open Electrum Bitcoin wallet displaying a recently signed transaction indicating that PETIX had just used the laptop to transfer the 37 bitcoins (i.e., the UCA transaction). Thus, the connected thumb drive is known to contain information that facilitated and was involved in PETIX's unlicensed money transmitting business.

12. While still at the scene of arrest, HSI Computer Forensic Agents (CFA's) Glor and Bloom memorialized the state of the live laptop and all active programs visible at the time it was encountered. CFA Glor provided your affiant with a digital copy of the photographs taken from the laptop, which included the following information:

    a. PETIX was using an Electrum Bitcoin Wallet that was stored on the connected thumb drive.

    b. Photographs taken show the recent history debits and credits of bitcoin transactions using the Electrum Bitcoin Wallet from November 4, 2015, through December 4, 2015[2].

    c. Photographs show the bitcoin addresses that PETIX used to both send to and receive bitcoins.

---

[2] The dates and times of the debits and credits taken from the Electrum Wallet are in UTC time and thus five (5) hours ahead of EST time.

        d.        The history shows six (6) debits between November 18, 2015, and December 4, 2015, totaling 88.2012 bitcoins worth approximately $30,783.69 USD.[3]

13.    In December of 2015, CFA Glor provided your affiant with a digital copy of the extracted data taken from the cellular telephone seized from PETIX on December 3, 2015, utilizing UFED Physical Analyzer version 4.4.0.81, which included the following information:

        a.        The cellular telephone was activated on October 20, 2015.

        b.        In short message service (SMS) section, there were Bitcoin related messages between November 29, 2015 and December 3, 2015 to/from different phone numbers. Reviews of these messages show that PETIX was selling bitcoins to these individuals and receiving cash into his and/or his girlfriend's Bank of America accounts. The messages also reflected statements made by PETIX that he would need to access certain thumb drives to complete the transactions.

        c.        On December 3, 2015 (by EST time), PETIX sent the following text message to a phone number associated with CD-1 regarding the impending meet described above at ¶ 9, "Yes had to turn back around because I forgot my flash drive. No matter what I do I can never be on time. Is that okay?"

14.    During an interview with PETIX on December 3, 2015, PETIX stated that there were no passwords or encryption on the cellular phone, laptop, or thumb drives seized from PETIX. PETIX additionally during the interview disclaimed ownership of the cellular phone, laptop, and thumb drives. After HSI CFAs were unable to access these thumb drives, PETIX was asked again for any passwords or other methods to allow the devices to avoid

---

[3] The dollar amount listed here as well as listed below were derived utilizing Blockchain.info's historical bitcoin valuation for the days in question.

encryption protection. PETIX refused to do so and told the agents that the thumb drives were not his. Since then, despite repeated attempts, HSI CFAs have been unable to access the thumb drives seized from PETIX, due to passwords and encryption of the devices. Although CFAs were able to image the thumb drive which was plugged into the USB port of PETX's laptop, that image was also encrypted, so CFAs were unable to tell if the thumb drive contained anything other than the TAILS operating system.

15.  Based upon the above, PETIX used the aforementioned laptop computer, the connected thumb drive, and the cellular telephone to operate his unlicensed money transmitting business. The five (5) thumb drives that PETIX has refused to decrypt were also found with him while he was conducting his business as well as being in violation of his supervised release. Your affiant requests the Court to find all of these items were involved in the defendant's Section 1960 offense of conviction at Count 2.

### FACTUAL BASIS FOR AMOUNT OF UNITED STATES CURRENCY INVOLVED IN HIS UNLICENSED MONEY TRANSMITTING BUSINESS

16.  PETIX publicly advertised his money transmitting services on the website LocalBitcoins.com under the moniker "rich13598." LocalBitcoins.com allows users to post ads that offer to either sell or buy bitcoins in their respective geographic areas. The ads typically state the proposed exchange rate, preferred method of payment, and means of contact. LocalBitcoins.com allows for transactions to be executed both on and off the website. "On" means that the bitcoins are funded from a wallet on the website, the transaction uses the website's escrow system, and the transaction is administered through and

logged on the website, which charges a fee for this service. "Off" means that users circumvent the website's escrow protection – and fees – by transacting offsite.[4]

17.   PETIX posted two types of ads. One offered to sell bitcoins for cash in person. The other offered to sell bitcoins for remote payment as cash deposit into a Bank of America account. See Exhibit 2. This model gave him access to a customer base both inside and outside the Western District of New York.

### Use of BOA Accounts

18.   PETIX conducted a significant portion of his business through bank deposits. In a text message on June 16, 2015, to CD-1, PETIX wrote, "it's rich from rochester. I hope you have been doing good. It was a rough winter, and it definit ly made me lazy. The bank deposit option is just so convenient lol. I need to get away from it though. I was wondering if you are looking to buy some btc?"

19.   PETIX used multiple checking and savings accounts that were registered to himself and to his girlfriend. In a text message on November 29, 2015, PETIX wrote to a bitcoin customer, "I'll have you deposit in my girls account." When the customer later responded, "Your girlfriends account is maxed on how much it can receive. Can i put it in your bank?", PETIX replied, "Yes, do you need My info available , or I can always give you the routing to the savings account?"

---

[4]   PETIX was familiar with these choices. In a text message on August 26, 2014, to CD-1, PETIX wrote, "We could do the boa deposit, but it would have to go on record for escrow use and lbc would take there vig."

9

20. A review of the Bank of America accounts belonging to PETIX and his girlfriend show that between August 27, 2014, and December 3, 2015, the accounts had 81 deposits/credits totaling approximately $102,796.96 USD that were counter credits, online banking transfers, and mobile/email transfer/ Bank of America ATM deposits. See attached Exhibit 3. The deposits counted in this total were made at locations outside of the Rochester, NY, area (to avoid counting potential deposits of cash by PETIX or his girlfriend into their own accounts). The counter credits and ATM deposits originated in states across the country: Arizona, Florida, Georgia, Illinois, Massachusetts, New Jersey, New York (outside of the Rochester area), South Carolina, Texas, and Washington. Given PETIX's professed use of his and his girlfriend's Bank of America accounts to service his remote bitcoin customers, and the lack of any other explanation for PETIX to receive such deposits, I submit that the $102,796.96 USD should be counted as part of his forfeiture.

### In-Person Cash Meets

21. Among PETIX's customers in this District were at least three identified individuals. Based on my review of transaction and communications records and information provided by these customers, I calculate their bitcoin transaction volume with PETIX at approximately $87,066:

22. CD-1 was a Buffalo-based bitcoin exchanger who had several hundred thousand dollars in transactions. CD-1 stated that he met PETIX to buy bitcoins between August 22, 2014 and October 15, 2015, on fourteen (14) occasions. CD-1 purchased approximately 199 bitcoins with an approximate value of $56,360.00 USD from PETIX. See

attached Exhibit 4. All of these transactions were in cash in the Buffalo/Rochester area and thus would not duplicate any BOA transactions in Exhibit 3.

23. Another cooperating defendant, CD-2, stated that he met PETIX to buy bitcoins on August 15, 2015, and August 22, 2015. CD-2 was primarily a customer of CD-1, but contacted PETIX when CD-1's business slowed over the summer of 2015. CD-2 spent over $100,000 in bitcoins to pay for marijuana on dark net markets. CD-2 purchased approximately 23.701 bitcoins with an approximate value of $5,581.00 USD from PETIX. See attached Exhibit 5. All of these transactions were in cash in the Buffalo/Rochester area and thus would not duplicate any BOA transactions in Exhibit 3.

24. A cooperating source (CS-1) stated that he met PETIX to buy bitcoins between August 18, 2014, and November 3, 2015, on sixteen (16) occasions. CS-1 purchased approximately 74 bitcoins for a value of $25,125.00 USD from PETIX. See attached Exhibit 6. All of these transactions were in cash in the Buffalo/Rochester area and thus would not duplicate any BOA transactions in Exhibit 3.

25. Aggregating the BOA transactions in Exhibit 3 and the cash meets in Exhibits 4, 5, and 6, I submit that a minimum of approximately **$189,862.96 USD** from PETIX's unlicensed money transmitting business is subject to forfeiture.[5]

---

[5] The review of the laptop showed on five (5) occasions between November 18, 2015, and December 3, 2015 (not counting the 37-bitcoin UCA transaction), that PETIX transferred approximately 51 bitcoins worth approximately $17,595.00 USD that were not accounted for in the Bank of America records to a bitcoin address outside of PETIX's Electrum wallet. I have not included this amount in the total calculation because it is possible that PETIX

11

## CONCLUSION

Accordingly, because the defendant was convicted on the charges giving rise to the forfeiture, it is respectfully requested that the Court enter a Preliminary Order of Forfeiture ordering the ASUS laptop computer, model G752V, bearing serial no. FAN0CY92217844A; Samsung Galaxy S5, model SM-S902L cellular telephone bearing IMEI number 990005823326880; and six (6) assorted thumb drives to be forfeited to the United States pursuant to Title 18, United States Code, Section 982(a)(1), as well as enter a money judgment in the amount of $189,862.96, all as property involved in PETIX's 1960 offense.

s/Brad A. Brechler<br>
Special Agent<br>
Homeland Security Investigations

Subscribed and sworn to before me this 20th day of June 2017.

*Deanna Lieberman*
Notary Public

Deanna Lieberman
Notary Public, State of New York
No. 01LI6105102
Qualified in Wayne County
Commission Expires February 2, 2020

---

transferred these bitcoins to another bitcoin address under his control, not for a customer. I also did not include the $13,000 UCA transaction in this total, even though PETIX transferred those bitcoins as part of his business, because HSI received that transfer.

# EXHIBIT 1

SET # __ST-15-19-10939__
Page _1_ Of _1_

## UNITED STATES PROBATION OFFICE
## WESTERN DISTRICT OF NEW YORK
### Property Receipt

Date: 12/3/15      Time: 22:00

Name: Richard Petix      Address: 2200 Elmwood Ave, Buffalo, NY 14216
Tim Horton's Restaurant

The following items were seized from the person, residence or automobile of the above named individual as a result of court-authorized search by the United States Probation Office.

| Item # | Description | Initials of person who found item | Location item found |
|---|---|---|---|
| 1 | 1 ASUS laptop computer FANOCY92217844A G752VL-BH17N32 | Roosevelt Smith | on table where offender was sitting |
| 2 | 1 black thumb drive | Roosevelt Smith | in USB port in item #1 |
| 3 | 1 Samsung cell, model SM-S902L(GP) GPSAS902CB FCC ID: A3LSMG900V with 32 GB ScanDisk card | Roosevelt Smith | on table where offender was sitting |
| 4 | 1 ALFA Network wireless adapter | Roosevelt Smith | inside book bag, located in the seat next to the offender |
| 5 | 1 black Lexar thumb drive | Roosevelt Smith | inside book bag, located in the seat next to the offender |
| 6 | 1 silver Kingston thumb drive | Roosevelt Smith | inside book bag, located in the seat next to the offender |
| 7 | 1 silver Kingston thumb drive | Roosevelt Smith | inside book bag, located in the seat next to the offender |
| 8 | 1 pink thumb drive | Roosevelt Smith | inside book bag, located in the seat next to the offender |
| 9 | 1 black PNY thumb drive | Roosevelt Smith | inside book bag, located in the seat next to the offender |

U.S. Probation Officer                    Probationer/Releasee

(*) Property Items #1-9 were TOT SA Ryan Glor (HSI Buffalo) on 12/3/15
12/9/15

Original to Probationer/Releasee
Copy to File
n:\forms\propertyreciept

## Buy bitcoins using Cash deposit: Bank Of America with US Dollar (USD)

LocalBitcoins.com user *rich13598* wishes to sell bitcoins to you.

| | |
|---|---|
| Price: | 326.95 USD / BTC |
| Payment method: | Cash deposit: Bank Of America |
| User: | rich13598 (/accounts/profile/rich13598/) (feedback score 100 %, see feedback) (/accounts/profile/rich13598/) |
| Trade limits: | 200 - 1000 USD |
| Location: | United States (/country/US) |
| Payment window: | 180 minutes |

This trader is currently on vacation or is out of bitcoins. Please search for another trader.

### Terms of trade with *rich13598*

Contact hours: Anytime

Contact hours: Anytime

ATTENTION BUYERS: DUE TO FRAUDULENT REVERSALS OF CASH DEPOSITS I RESERVE THE RIGHT TO RELEASE BITCOINS UNTIL THE BANK DAY HAS CLOSED (5:30 PM PACIFIC TIME). I will also release coins randomly throughout the day to discourage any chance of fraudulent reversals. Please message me with any questions.

Upon sending in an order, you will automatically receive my relevant checking account information for you to fill out on the deposit slip within a few minutes. You should not have to show the teller your ID, but if they ask just say you are paying a bill or that you're simply my friend (some banks are suspicious of Bitcoin activity). I will put the Bitcoins in escrow so no one will be able to purchase them. Please be aware that you have 3 hours to make the deposit and confirm this to me, or I reserve the right to cancel the order.

*****If you want instant release, please get the deposit receipt, write your username and "NO REVERSALS" on it and then send a picture. Take the same receipt and rip it in half and send a photo. Otherwise, just alert me that you have made the deposit by message or sending a picture of the deposit receipt and I will release the coins at a random hour later in the day*****

I only fund my wallet when I am available. Just go ahead with the deposit; It will send a notification to my cell phone. Also feel free to contact me at 585-434-6338

Thanks!

Report this advertisement (/support/ad/?ad_id=116293)

### Listings with this ad

Didn't find the deal you were looking for? These LocalBitcoins.com listings have more bitcoin trade deals similar to this one:

- Buy bitcoins online with Cash deposit in USD (https://localbitcoins.com/buy-bitcoins-online/USD/cash-deposit/)
- Buy bitcoins online with Cash deposit (https://localbitcoins.com/buy-bitcoins-online/cash-deposit/)
- Buy bitcoins online with Cash deposit in United States (https://localbitcoins.com/buy-bitcoins-online/US/united-states/cash-deposit/)
- Buy bitcoins online in United States (https://localbitcoins.com/buy-bitcoins-online/US/united-states/)
- Buy bitcoins online with USD (https://localbitcoins.com/buy-bitcoins-online/USD/)
- Trade bitcoins in United States (https://localbitcoins.com/country/US)

LocalBitcoins

| ABOUT | SUPPORT | SERVICES | FOLLOW US |
|---|---|---|---|
| Blog (http://localbitcoins.blogspot.com/)(/support/request/) | New support request (/support/request/) | API (/api-docs/) | Facebook (https://www.facebook.com/pages/Localbitcoins) |
| Who we are? (/about) | Forgot password (/password_reset/) | Affiliate (/affiliate/) | Twitter (https://twitter.com/LocalBitcoins) |
| Careers (/careers) | Lost two-factor (/faq#trouble_2factor_reset) | Block Explorer (https://chain.localbitcoins.com) | Google+ (https://plus.google.com/s/localbitcoins) |
| Terms of service (/terms_of_service) | Report phishing (/support/request/?indicator=2h-2i) | Bitcoin Price Charts (https://charts.localbitcoins.com) | Reddit (http://www.reddit.com/r/localbitcoins) |
| Fees and charges (/fees) | | | |

## EXHIBIT 3

| Account # | Acct Holder | Post Date | Money in | Info from Statement | Name/Location of Deposit |
|---|---|---|---|---|---|
| 483052680435 | PETIX | 12/3/2015 | $1,493.05 | Online Banking Transfer | |
| 483052680435 | PETIX | 12/1/2015 | $168.00 | Mobile/Email Transfer | |
| 483052680435 | PETIX | 12/1/2015 | $600.00 | Mobile/Email Transfer | |
| 483052680435 | PETIX | 12/1/2015 | $500.00 | Mobile/Email Transfer | |
| 483052680435 | PETIX | 11/30/2015 | $643.18 | Counter Credit | Brooklyn, NY |
| 483052680435 | PETIX | 11/30/2015 | $950.00 | Counter Credit | Brooklyn, NY |
| 483054940966 | BENIGHT | 11/30/2015 | $400.00 | Online Banking Transfer | |
| 483052680435 | PETIX | 11/30/2015 | $930.00 | Mobile/Email Transfer | |
| 483052680435 | PETIX | 11/30/2015 | $1,304.00 | Mobile/Email Transfer | |
| 483054940966 | BENIGHT | 11/30/2015 | $1,000.00 | Online Banking Transfer | |
| 483054940966 | BENIGHT | 11/27/2015 | $937.02 | Online Banking Transfer | |
| 483052680435 | PETIX | 11/23/2015 | $2,976.00 | BofA Atm | Ft. Lauderdale, FL |
| 483054940966 | BENIGHT | 11/20/2015 | $2,971.53 | Online Banking Transfer | |
| 483052680435 | PETIX | 11/18/2015 | $2,898.00 | Counter Credit | Dallas, TX |
| 483054940966 | BENIGHT | 11/16/2015 | $2,938.59 | Online Banking Transfer | |
| 483054940966 | BENIGHT | 11/12/2015 | $993.84 | Counter Credit | New York, NY |
| 483052680435 | PETIX | 11/9/2015 | $2,875.94 | Counter Credit | Tuscon, AZ |
| 483054940966 | BENIGHT | 11/6/2015 | $2,358.12 | Counter Credit | Miami, FL |
| 483054940966 | BENIGHT | 11/2/2015 | $2,172.84 | Online Banking Transfer | |
| 483054940966 | BENIGHT | 10/29/2015 | $2,533.45 | Online Banking Transfer | |
| 483052680435 | PETIX | 10/27/2015 | $2,808.39 | Online Banking Transfer | |
| 483054940966 | BENIGHT | 10/20/2015 | $2,699.70 | Online Banking Transfer | |
| 483052680435 | PETIX | 10/5/2015 | $2,737.11 | Online Banking Transfer | |
| 483052680435 | PETIX | 9/10/2015 | $2,860.70 | Online Banking Transfer | |
| 483054940966 | BENIGHT | 9/8/2015 | $2,190.72 | Online Banking Transfer | |
| 483054940966 | BENIGHT | 8/7/2015 | $1,500.80 | Counter Credit | North Quincy, MA |
| 483052680435 | PETIX | 8/4/2015 | $1,161.49 | Counter Credit | Miami, FL |

| | | | | | |
|---|---|---|---|---|---|
| 483054940966 | BENIGHT | 7/22/2015 | $1,107.72 | Online Banking Transfer | |
| 483052680435 | PETIX | 7/20/2015 | $1,105.41 | Online Banking Transfer | |
| 483054940966 | BENIGHT | 6/15/2015 | $1,679.23 | Counter Credit | Boston, MA |
| 483052680435 | PETIX | 6/11/2015 | $1,646.96 | Counter Credit | Palm Springs, FL |
| 483054940966 | BENIGHT | 6/5/2015 | $1,629.30 | Counter Credit | Seattle, WA |
| 483050361303 | PETIX | 6/4/2015 | $633.00 | BofA Atm | Atlanta, GA |
| 483050361303 | PETIX | 6/4/2015 | $800.00 | BofA Atm | Atlanta, GA |
| 483050361303 | PETIX | 6/4/2015 | $800.00 | BofA Atm | Atlanta, GA |
| 483054940966 | BENIGHT | 6/1/2015 | $1,490.00 | BofA Atm | Roswell, GA |
| 483052680435 | PETIX | 5/27/2015 | $1,747.49 | Online Banking Transfer | |
| 483054940966 | BENIGHT | 5/22/2015 | $1,500.00 | Counter Credit | Grafton, VA |
| 483052680435 | PETIX | 5/15/2015 | $2,000.00 | Online Banking Transfer | |
| 483054940966 | BENIGHT | 5/8/2015 | $1,487.64 | Online Banking Transfer | |
| 483052680435 | PETIX | 5/4/2015 | $1,640.00 | BofA Atm | Ft. Lauderdale, FL |
| 483054940966 | BENIGHT | 5/1/2015 | $1,193.88 | Counter Credit | Ponpano Beach, FL |
| 483052680435 | PETIX | 4/27/2015 | $1,817.17 | Online Banking Transfer | |
| 483054940966 | BENIGHT | 4/24/2015 | $1,727.00 | Counter Credit | Lake Worth, FL |
| 483052680435 | PETIX | 4/21/2015 | $810.20 | Online Banking Transfer | |
| 483052680435 | PETIX | 4/17/2015 | $389.59 | Online Banking Transfer | |
| 483050361303 | PETIX | 4/15/2015 | $484.00 | Counter Credit | New Brunswick, NJ |
| 483050361303 | PETIX | 4/9/2015 | $1,837.85 | Counter Credit | Palm Springs, FL |
| 483050361303 | PETIX | 4/6/2015 | $895.00 | BofA Atm | Atlanta, GA |
| 483050361303 | PETIX | 4/3/2015 | $1,560.73 | Counter Credit | Lake Worth, FL |
| 483050361303 | PETIX | 4/2/2015 | $862.46 | Counter Credit | Manhattan, NY |
| 483050361303 | PETIX | 4/1/2015 | $728.96 | Online Banking Transfer | |
| 483052680435 | PETIX | 3/27/2015 | $822.60 | Online Banking Transfer | |
| 483052680435 | PETIX | 3/26/2015 | $952.62 | Online Banking Transfer | |
| 483050361303 | PETIX | 3/16/2015 | $1,104.01 | Online Banking Transfer | |
| 483050361303 | PETIX | 3/13/2015 | $221.24 | Online Banking Transfer | |
| 483050361303 | PETIX | 3/13/2015 | $1,000.00 | Online Banking Transfer | |
| 483052680435 | PETIX | 3/9/2015 | $1,918.72 | Online Banking Transfer | |
| 483052680435 | PETIX | 2/25/2015 | $1,453.00 | BofA Atm | Atlanta, GA |
| 483052680435 | PETIX | 2/9/2015 | $1,092.53 | Online Banking Transfer | |

| Account | Name | Date | Amount | Type | Location |
|---|---|---|---|---|---|
| 483052680435 | PETIX | 2/4/2015 | $890.01 | Counter Credit | Clemson, SC |
| 483052680435 | PETIX | 2/2/2015 | $1,704.00 | Online Banking Transfer | |
| 483052680435 | PETIX | 1/28/2015 | $655.93 | Online Banking Transfer | |
| 483052680435 | PETIX | 1/27/2015 | $1,034.60 | Online Banking Transfer | |
| 483052680435 | PETIX | 1/26/2015 | $864.62 | Mobile/Email Transfer | |
| 483052680435 | PETIX | 1/22/2015 | $775.67 | Mobile/Email Transfer | |
| 483052680435 | PETIX | 1/15/2015 | $720.00 | Mobile/Email Transfer | |
| 483052680435 | PETIX | 1/9/2015 | $576.18 | Mobile/Email Transfer | |
| 483052680435 | PETIX | 1/2/2015 | $946.93 | Counter Credit | Atlanta, GA |
| 483052680435 | PETIX | 12/8/2014 | $700.00 | Counter Credit | West Palm Beach, FL |
| 483052680435 | PETIX | 12/3/2014 | $337.92 | Counter Credit | Lake Worth, FL |
| 483052680435 | PETIX | 12/2/2014 | $873.45 | Counter Credit | Palm Springs, FL |
| 483052680435 | PETIX | 11/26/2014 | $491.40 | Online Banking Transfer | |
| 483052680435 | PETIX | 11/25/2014 | $742.28 | Online Banking Transfer | |
| 483052680435 | PETIX | 11/21/2014 | $657.77 | Online Banking Transfer | |
| 483052680435 | PETIX | 11/18/2014 | $531.63 | Counter Credit | Westmont, IL |
| 483052680435 | PETIX | 11/13/2014 | $1,408.79 | Counter Credit | Columbia, SC |
| 483052680435 | PETIX | 10/28/2014 | $320.00 | Counter Credit | Maitland, FL |
| 483052680435 | PETIX | 9/24/2014 | $325.00 | Counter Credit | Maitland, FL |
| 483052680435 | PETIX | 9/9/2014 | $150.00 | Counter Credit | Maitland, FL |
| 483052680435 | PETIX | 8/27/2014 | $350.00 | Counter Credit | Maitland, FL |
| Totals | | | $102,796.96 | | |

# EXHIBIT 4

| Date | Bitcoin Amount | Transaction amount per Blockchain |
|---|---|---|
| 10/15/2015 | 8 | $2,000.00 |
| 10/7/2015 | 16.5 | $5,000.00 |
| 9/29/2015 | 1.8987 | $500.00 |
| 9/28/2015 | 12.658 | $3,000.00 |
| 9/14/2015 | 25.71 | $5,500.00 |
| 8/11/2015 | 27.3056 | $7,360.00 |
| 7/22/2015 | 27.05113933 | $7,500.00 |
| 6/27/2015 | 23.09329248 | $5,200.00 |
| 6/16/2015 | 18.2 | $4,500.00 |
| 12/17/2014 | 8.6496395 | $2,800.00 |
| 12/9/2014 | 8.642 | $3,000.00 |
| 9/26/2014 | 5.21 | $2,100.00 |
| 9/6/2014 | 8.14 | $3,900.00 |
| 8/22/2014 | 8 | $4,000.00 |
| Totals | 199.0583713 | $56,360.00 |

# EXHIBIT 5

| Date | Bitcoin Amount | Transaction amount per Blockchain |
|---|---|---|
| 8/22/2015 | 17.7 | $3,989.05 |
| 8/15/2015 | 6.001 | $1,592.67 |
| Totals | 23.701 | $5,581.72 |

EXHIBIT 6

| Date | Bitcoin Amount | Transaction amount per CS |
|---|---|---|
| 11/3/2015 | 10.6592762 | $4,000.00 |
| 2/20/2015 | 3.2803 | $800.00 |
| 2/19/2015 | 9.1835 | $2,200.00 |
| 2/12/2015 | 11.56674475 | $2,530.00 |
| 1/9/2015 | 6.8752 | $1,900.00 |
| 12/30/2014 | 0.0306825 | $10.00 |
| 12/30/2014 | 5.673 | $1,790.00 |
| 12/21/2014 | 5.80173911 | $1,885.00 |
| 11/11/2014 | 1.64 | $600.00 |
| 11/3/2014 | 4.5868968 | $1,350.00 |
| 10/15/2014 | 3.04414 | $1,200.00 |
| 9/18/2014 | 2.92919729 | $1,230.00 |
| 8/1/2014 | 3.3121 | $1,980.00 |
| 7/27/2014 | 2.8019 | $1,650.00 |
| 7/23/2014 | 1.61186331 | $1,000.00 |
| 7/18/2014 | 1.6081519 | $1,000.00 |
| Totals | 74.60469186 | $25,125.00 |