IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                  Plaintiff,              Case No.: 15-CR-227 CJS

vs.

RICHARD PETIX,

                  Defendant.

## NOTICE OF APPEARANCE

**TO**: Clerk of the United States District Court
for the Western District of New York

You are hereby requested to add GRACE CARDUCCI as counsel for the plaintiff in the above-entitled action.

**DATED**: Rochester, New York
October 12, 2017

                      JAMES P. KENNEDY, JR.
                      Acting United States Attorney

BY:   s/Grace M. Carducci
        GRACE M. CARDUCCI
        Assistant United States Attorney
        United States Attorney's Office
        Western District of New York
        100 State Street, Room 500
        Rochester, New York 14614
        (585) 399-3954