UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v. 15-CR-227-CJS

RICHARD PETIX,

Defendant.

---

## FINAL ORDER OF FORFEITURE

**WHEREAS** on July 12, 2017, the Court entered a Preliminary Order of Forfeiture based upon the guilty plea of the defendant, RICHARD PETIX, to the Indictment and based upon the government's Motion for Preliminary Order of Forfeiture, forfeiting the following property, pursuant to 18 U.S.C. § 982(a)(1):

**ELECTRONIC EQUIPMENT:**

a. One (1) Samsung Galaxy S5, model SM-S902L, cellular telephone, bearing IMEI number 990005823326880;

b. One (1) ASUS laptop computer, model G752V, bearing serial number FAN0CY92217844A; and

c. Six (6) assorted thumb drives, seized from the defendant by Homeland Security Investigations (HSI) Agents on December 3, 2015.

**MONETARY AMOUNT:**

The sum of one hundred eighty-nine thousand, eight hundred sixty-two dollars and ninety-six cents ($189,862.96) in United States currency, to be evidenced by a monetary judgment issued by this Court in aforesaid amount. Said judgment amount will accrue at the prevailing rate per annum and serve as a judgment and lien against defendant's property, wherever situated until fully satisfied.

**AND WHEREAS** the government published on an official government website (www.forfeiture.gov) notice of the forfeiture and of the government's intent to dispose of the aforementioned electronic equipment in accordance with the law and as specified in the Preliminary Order of Forfeiture;

**AND WHEREAS** no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment pursuant to Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure;

**AND WHEREAS** no third parties filed claims to the assets and the time to do so has expired, Fed. R. Crim. P. 32.2(c)(1); it is therefore

**ORDERED, ADJUDGED, AND DECREED** that the defendant, RICHARD PETIX, shall forfeit the aforementioned property to the United States, pursuant to 18 U.S.C. § 982(a)(1), incorporating all the relevant terms and conditions of the Preliminary Order of Forfeiture; and it is further

**ORDERED**, **ADJUDGED, AND DECREED,** pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), that this Final Order of Forfeiture shall be made part of the sentence and included in the criminal judgment; and it is further

**ORDERED, ADJUDGED, AND DECREED** that this Court shall retain jurisdiction to enforce this Order and to amend it as necessary under Federal Rule of Criminal Procedure 32.2(e).

**SO ORDERED.**

DATED: November 3, 2017
Buffalo, New York

/s/ Charles J. Siragusa
CHARLES J. SIRAGUSA
UNITED STATES DISTRICT JUDGE