UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        -vs-

RICHARD PETIX,
                Defendant.

ORDER

15-CR-227-CJS

---

The Court having ordered the following transcripts from Edith Forbes Court Reporting Services: Court appearances held on April 26, 2017 and September 13, 2017; it is hereby

ORDERED, that payment for said transcripts shall be made by the United States as provided in 28 U.S.C. §753(f).

Dated:  Rochester, New York
         September 13, 2017

ENTER:

*/s/ Charles Siragusa*
CHARLES J. SIRAGUSA
United States District Judge