UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                       Plaintiff,          ORDER GRANTING IN FORMA PAUPERIS STATUS

-vs-

RICHARD PETIX,                    1:15-CR-00227-CJS-HBS-1

                       Defendant.

---

Defendant has filed a Motion for Leave to Proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, and Fed. R. App. P. 24. ECF No. 106. The Affidavit in support of the *in forma pauperis* application has been reviewed in accordance with 28 U.S.C. §§ 1915(a)(1), 1915(e)(2), and Fed. R. App. P. 24. Plaintiff has met the requirements for *in forma pauperis* status, and therefore the Motion to Proceed *in forma pauperis*, ECF No. 106, is GRANTED.

IT IS SO ORDERED.

DATED:  December 18, 2017
            Rochester, New York

                                          /s/ Charles J. Siragusa
                                          CHARLES J. SIRAGUSA
                                          United States District Judge