UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

USA,

          Plaintiff

        -v-

RICHARD PETIX,

          Defendant.
_____

1:15-cr-227 CJS
USCA: 17-3774

**CLERK'S CERTIFICATE / INDEX**

I, MARY C. LOEWENGUTH, Clerk of the U.S. District Court for the Western District of New York, DO HEREBY CERTIFY that the foregoing docket entries, with the exception of any documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the above entitled action.

**The following documents are not available electronically and are currently maintained in traditional fashion in the Western District of New York's lead office:**

*All documents filed electronically.*

Upon your request, we will make the above documents available to you.

MARY C. LOEWENGUTH
Clerk of Court
United States District Court

By: s/Kirstie L. Henry
Deputy Clerk

DATED:    March 19, 2018
             Buffalo, NY